**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-01643-REB

ABDELRAOUF ABDELMEGED,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#15] entered by Judge Robert E. Blackburn on August 26, 2015, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

DATED at Denver, Colorado, this 27th  day of August, 2015.

                    FOR THE COURT:

                    Jeffrey P. Colwell, Clerk

                    By: s/ Kathleen Finney
                          Kathleen Finney
                          Deputy Clerk