**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01643-REB

ABDELRAOUF ABDELMEGED,

    Plaintiff,

v.

CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION
TO WITHDRAW AS ATTORNEY FOR PLAINTIFF**

**Blackburn, J.**

The matter before me is counsel's **Unopposed Motion To Withdraw as Attorney for Plaintiff** [#20],[1] filed October 27, 2015. The motion reflects compliance with the standards and prerequisites required by D.C.COLO.LAttyR 5(b). I therefore find that the motion is well-taken and should be granted, and counsel for plaintiff permitted to withdraw.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Withdraw as Attorney for Plaintiff** [#20], filed October 27, 2015, is granted;

2. That Ann J. Atkinson is permitted to withdraw as counsel for plaintiff;

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

   3.  That the clerk of the court is directed to terminate electronic mail notification to Ann J. Atkinson in this case; and

   4.  That plaintiff shall be personally responsible for complying with all court orders and time limitations established by any applicable statute or rule.

   Dated November 12, 2015, at Denver, Colorado.

               **BY THE COURT:**

               */s/ Robert E. Blackburn*
               Robert E. Blackburn
               United States District Judge